IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW SOMERS,

        Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

Case No. 19-cv-51-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Matthew Somers remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ V. Olmo, Deputy Clerk | 2/06/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |